# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 16, 2010

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

140541 & (74)

CITY OF ROCKFORD,
　　　　Plaintiff-Appellant,

v

63rd DISTRICT COURT and 63rd
DISTRICT COURT CHIEF JUDGE,
　　　　Defendants-Appellees,

and

KENT COUNTY,
　　　　Intervening Defendant-Appellee.

SC: 140541
COA: 287501
Kent CC: 08-002655-CZ

_____/

　　　　On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the December 29, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

　　　　WEAVER, J., would grant leave to appeal.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 16, 2010

*Corbin R. Davis*

d0713

Clerk